| | |
|---|---|
| 1 | CHRISTOPHER D. BANYS, ESQ. (230038) |
|   | JENNIFER LU GILBERT, ESQ. (255820) |
| 2 | CHRISTOPHER J. JUDGE, ESQ. (274418) |
|   | BANYS, P.C. |
| 3 | 1032 Elwell Court, Suite 100 |
|   | Palo Alto, CA 94303 |
| 4 | Tel: 650-308-8505; Fax: 650-353-2202 |
|   | cdb@banyspc.com |
| 5 | cjj@banyspc.com |
| 6 | Attorneys for Plaintiff |
|   | KIMBERLEY A. MOORE |
| 7 | |
| 8 | JEFFREY A. LOEW, ESQ. (274570) |
|   | BOORNAZIAN, JENSEN & GARTHE |
|   | A Professional Corporation |
| 9 | 555 12th Street, Suite 1800 |
|   | Oakland, CA 94607 |
| 10 | Telephone: (510) 834-4350 |
|    | Facsimile: (510) 839-1897 |
| 11 | jloew@bjg.com |
| 12 | Attorneys for Defendant |
|    | TARGET CORPORATION |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY A. MOORE, | Case No. 16-cv-02725 NC |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER** |
| vs. | |
| TARGET CORPORATION, and Does 1-30, | Complaint Filed: 11/25/15 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff KIMBERLY A. MOORE, by and through her attorney of record, Christopher J. Judge, Esq., and defendant TARGET CORPORATION, by and through its attorney of record, Jeffrey A. Loew, Esq., that plaintiff will dismiss defendant TARGET CORPORATION with prejudice pursuant to F. R C. P. 41(a)(1), with each party to bear its own costs and attorney's fees.

/ / /

/ / /

-1-
STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER – Case No. 16-cv-02725 NC

IT IS SO STIPULATED.

DATED: June 27, 2017

            BANYS, P.C.

            By: /s/ JENNIFER LU GILBERT
            CHRISTOPHER D. BANYS, ESQ.
            JENNIFER LU GILBERT, ESQ.
            CHRISTOPHER J. JUDGE, ESQ.
            Attorneys for Plaintiff
            KIMBERLY A. MOORE

DATED: June 20, 2017

            BOORNAZIAN, JENSEN & GARTHE
            A Professional Corporation

            By: /s/ *JEFFREY A. LOEW, ESQ.*
            JEFFREY A. LOEW, ESQ.
            Attorneys for Defendant
            TARGET CORPORATION

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: June 28, 2017

            By: _____
            UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins

27829\755131